# Exhibit B

# TAC IMOLA

## BALTIMORE ETA APRIL 8, 2022

Argo Fine Imports

| AFI PO | MASTER BOL | VENDOR / VESSEL | MARKS | QUANTITY | CRATES | PCS PER |
|---|---|---|---|---|---|---|
| 15497ARBA-4 | HSLM01QINBAL010 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL010   50 Crates/Container | | | | |
| | | 18.0 48X108 LUMBERCORE MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 2500 | 50 | 50 |
| 15625ARBA-1 | HSLM01QINBAL011 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL011   55 Crates/Container | | | | |
| | | 18.0 48X108 LUMBERCORE MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 2750 | 55 | 50 |
| 15626ARBA-4 | HSLM01QINBAL012 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL012   110 Crates/Container | | | | |
| | | 18.0 48X96 LUMBERCORE TPC MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 5500 | 110 | 50 |
| 15627ARBA-1 | HSLM01QINBAL013 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL013   55 Crates/Container | | | | |
| | | 18.0 48X108 LUMBERCORE MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 2750 | 55 | 50 |
| 15970GRBA-2 | HSLM01QINBAL018 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL018   180 Crates/Container | | | | |
| | | 18.0 48X96 LUMBERCORE TPC MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 9000 | 180 | 50 |
| 16387ARBA-1 | HSLM01QINBAL014 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL014   80 Crates/Container | | | | |
| | | 18.0 48X108 LUMBERCORE MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 4000 | 80 | 50 |
| 16390ARBA-1 | HSLM01QINBAL015 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL015   110 Crates/Container | | | | |
| | | 18.0 48X96 LUMBERCORE TPC MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 5500 | 110 | 50 |
| 16448ARBA-1 | HSLM01QINBAL016 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL016   200 Crates/Container | | | | |
| | | 18.0 48X96 LUMBERCORE TPC MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 10000 | 200 | 50 |
| 16637ARBA-1 | HSLM01QINBAL017 | TAC IMOLA H2201 | | | | |
| | | Container: HSLM01QINBAL017   37 Crates/Container | | | | |
| | | 18.0 48X96 LUMBERCORE TPC MDF FACE/BACK CARB II / TSCA TITLE VI COMPLIANT | | 1850 | 37 | 50 |

877

# BILL OF LADING

Page 1

TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
   (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
   (b) Trades where *Hague-Visby Rules* apply.
      In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
   (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnity the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

                                                                          For particulars of cargo, freight,
                                                                          destination, etc., see overleaf.

| | |
|---|---|
| **Shipper**<br>JIANGSU HIGH HOPE ARSER CO LTD<br>7F, HIGH HOPE MANSION, NO.91 BAIXIA RD, NANJING, CHINA | **BILL OF LADING** BL<br>No. **HSLM01QINBAL017**<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211025JA…H DATED 27TH OCT 2021 & HWS20211025JK…L DATED 25TH OCT 2021 |
| **Consignee**<br>ARGO FINE IMPORTS, LLC<br>68388 COMMERCIAL WAY NORTH<br>MANDEVILLE, LA 70471<br>PHONE: (985)327-6441 | |
| **Notify address**<br>EXPEDITORS NEW ORLEANS<br>201 ST. CHARLES AVE SUITE 4210<br>NEW ORLEANS, LA 70170<br>PHONE: (504)700-6350<br>E-MAIL: ARGO@EXPEDITORS.COM* | **ORIGINAL** |

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO, CHINA |

**Port of discharge**
BALTIMORE

| Shipper's description of goods | | Gross weight | Measurement |
|---|---|---|---|
| ARGO FINE IMPORTS<br>PO# 16637ARBA<br>BALTIMORE, MD<br>C-TPAT# 17810543 | 37 CRATES | 56504 KGS | 99.13 M3 |

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE, LA 70471
PHONE: (504)828-0943
FAX: (504)828-0946
EMAIL: ARGO@ARGOFINEIMPORTS.COM

REMARKS: 1 QUALITY, WEIGHT, PACKING AS SHIPPER.
2. QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

SAY TOTAL THIRTY SEVEN CRATES ONLY.
(of which          on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER PARTY dated ..................<br>FREIGHT ADVANCE.<br>Received on account of freight: | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading          days          hours. | |

| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-21 振华国际船务代理(青岛)有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO., LTD. |
|---|---|
| Printed and sold by<br>Fr.G.Knudtzons Bogtrykkeri A/S, 55 Toldbodgade, DK-1253 Copenhagen K,<br>Telefax +45 33 93 11 84<br>By authority of The Baltic and International Maritime Council (BIMCO), Copenhagen. | Number of original Bs/L<br>THREE (3) | Signature (1)<br>AS AGENT FOR AND ON BEHALF OF THE MASTER: LI SONG OF M/V TAC IMOLA<br>AS AGENT FOR THE CARRIER OF B/L TITLE |

**BILL OF LADING** Page 1
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
  (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
  (b) Trades where *Hague-Visby Rules* apply.
  In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
  (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnity the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight,<br>destination, etc., see overleaf.

CODE NAME: "CONGENBILL" EDITION 1994

**Shipper**
JIANGSU HIGH HOPE ARSER CO LTD
7F,HIGH HOPE MANSION,NO.91 BAIXIA RD,NANJING,CHINA

**BILL OF LADING** BL
No.**HSLM01QINBAL016**

TO BE USED WITH CHARTER-PARTIES
Reference No. HWS20211025JA…H DATED 27TH OCT 2021 & HWS20211025JK…L DATED 25TH OCT 2021

**Consignee**
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH
MANDEVILLE, LA 70471
PHONE: (985)327-6441

**ORIGINAL**

**Notify address**
EXPEDITORS NEW ORLEANS
201 ST. CHARLES AVE SUITE 4210
NEW ORLEANS, LA 70170
PHONE: (504)700-6350
E-MAIL: ARGO@EXPEDITORS.COM*

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO,CHINA |

**Port of discharge**
BALTIMORE

**Shipper's description of goods**

ARGO FINE IMPORTS
PO# 16448ARBA
BALTIMORE,MD
C-TPAT# 17810543

200CRATES

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS,LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE,LA 70471
PHONE:(504)828-0943
FAX:(504)828-0946
EMAIL:ARGO@ARGOFINEIMPORTS.COM

REMARKS:1 QUALITY,WEIGHT,PACKING AS SHIPPER.
2.QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

SAY TOTAL TWO HUNDRED CRATES ONLY.
(of which      on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

**Gross weight**: 305417 KGS
**Measurement**: 535.82 CBM

Freight payable as per CHARTER PARTY dated ..................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading          days         hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | QINGDAO 2021-11-22 |

振华国际船务代理（青岛）有限公司
ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.
(1)

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen.

Number of original Bs/L
THREE (3)

Signature
AS AGENT FOR AND ON BEHALF OF
THE MASTER:LI SONG OF M/V TAC IMOLA

AS AGENT FOR THE CARRIER OF B/L TITLE

**BILL OF LADING**  Page 1
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
   (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
   (b) Trades where *Hague-Visby Rules* apply.
   In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
   (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight,
destination, etc., see overleaf.

| Shipper<br>JIANGSU HIGH HOPE ARSER CO LTD<br>7F, HIGH HOPE MANSION, NO.91 BAIXIA<br>RD, NANJING, CHINA | BILL OF LADING BL<br>No. HSLM01QINBAL015<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211025JA…H DATED 27TH OCT 2021 & HWS20211025JK…L DATED 25TH OCT 2021 |

Consignee
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH
MANDEVILLE, LA 70471
PHONE: (985)327-6441

Notify address
EXPEDITORS NEW ORLEANS
201 ST. CHARLES AVE SUITE 4210
NEW ORLEANS, LA 70170
PHONE: (504)700-6350
E-MAIL: ARGO@EXPEDITORS.COM*

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO, CHINA |

Port of discharge
BALTIMORE

| Shipper's description of goods | Gross weight | Measurement |
|---|---|---|
| 110 CRATES | 167979 KGS | 294.7 M3 |

ARGO FINE IMPORTS
PO# 16390ARBA
BALTIMORE, MD
C-TPAT# 17810543

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE, LA 70471
PHONE: (504)828-0943
FAX: (504)828-0946
EMAIL: ARGO@ARGOFINEIMPORTS.COM

REMARKS: 1 QUALITY, WEIGHT, PACKING AS SHIPPER.
2. QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

SAY TOTAL ONE HUNDRED AND TEN CRATES ONLY.
(of which       on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER PARTY dated ...................................<br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>Time used for loading        days        hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
|---|---|
| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-21<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO., LTD. |
| Number of original Bs/L<br>THREE (3) | Signature (1)<br>AS AGENT FOR AND ON BEHALF OF THE MASTER LI SONG OF M/V TAC IMOLA<br><br>AS AGENT FOR THE CARRIER OF B/L TITLE |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S, 55 Toldbodgade, DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO), Copenhagen.

**BILL OF LADING**  Page 1
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
   (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
   (b) Trades where *Hague-Visby Rules* apply.
      In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
   (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnity the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight,
destination, etc., see overleaf.

| Shipper | BILL OF LADING |
|---|---|
| JIANGSU HIGH HOPE ARSER CO LTD<br>7F, HIGH HOPE MANSION, NO.91 BAIXIA RD, NANJING, CHINA | No. **HSLM01QINBAL014** BL<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211025JA...H DATED 27TH OCT 2021 & HWS20211025JK...L DATED 25TH OCT 2021 |

**Consignee**
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH
MANDEVILLE, LA 70471
PHONE: (985)327-6441

**ORIGINAL**

**Notify address**
EXPEDITORS NEW ORLEANS
201 ST. CHARLES AVE SUITE 4210
NEW ORLEANS, LA 70170
PHONE: (504)700-6350
E-MAIL: ARGO@EXPEDITORS.COM*

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO, CHINA |

**Port of discharge**
BALTIMORE

**Shipper's description of goods**

80 CRATES

ARGO FINE IMPORTS
PO# 16387ARBA
BALTIMORE, MD
C-TPAT# 17810543

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE, LA 70471
PHONE:(504)828-0943
FAX:(504)828-0946
EMAIL: ARGO@ARGOFINEIMPORTS.COM

REMARKS:1 QUALITY, WEIGHT, PACKING AS SHIPPER.
2. QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

**Gross weight:** 135027 KGS
**Measurement:** 241.12 M3

SAY TOTAL EIGHTY CRATES ONLY.
(of which      on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated ..................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading      days      hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | QINGDAO 2021-11-21<br>振华国际船舶代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO., LTD. |
| Number of original Bs/L<br>THREE (3) | Signature (1)<br>AS AGENT FOR AND ON BEHALF OF THE MASTER LI SONG OF M/V TAC IMOLA<br>AS AGENT FOR THE CARRIER OF B/L TITLE |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S, 55 Toldbodgade, DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO), Copenhagen.

# BILL OF LADING
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
   (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
   (b) Trades where *Hague-Visby Rules* apply.
   In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
   (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnity the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

                                                                                                                                  For particulars of cargo, freight,
                                                                                                                                  destination, etc., see overleaf.

| | |
|---|---|
| Shipper<br>YANCHENG CREATIVE TRADING GROUP CO., LTD.<br>ROOM NO. 5008~5013, NORTH BUILDING OF YANCHENG<br>INVESTMENT VENTURE CENTRE, NO.5 RENMIN SOUTH<br>ROAD, YANCHENG, JIANGSU, CHINA | BILL OF LADING          BL<br>No. HSLM01QINBAL018<br><br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211025JA...H DATED 27TH OCT 2021 & HWS20211025JK...L DATED 25TH OCT 2021 |
| Consignee<br>ARGO FINE IMPORTS, LLC<br>3045 RIDGELAKE DRIVE<br>SUITE 316 METAIRIE LA, 70002<br>PHONE : 985.327.6441 | FAX: 985.892.8985 | |
| Notify address<br>ARGO FINE IMPORTS, LLC<br>3045 RIDGELAKE DRIVE<br>SUITE 316 METAIRIE LA, 70002<br>PHONE : 985.327.6441 | FAX: 985.892.8985 | **ORIGINAL** |

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO PORT, CHINA |

| Port of discharge |
|---|
| BALTIMORE, MD, USA |

| Shipper's description of goods | | Gross weight | Measurement |
|---|---|---|---|
| C-TPAT# 17810543<br>PO # 15978GRBA<br>BALTIMORE MD USA | 180 CRATES | 261000KGS | 482.242M3 |

18MM 2440X1220
MDF FACED LUMBERCORE G2S
EPA TSCA TITLE VI COMPLIANT
CARB ATCM P2 COMPLIANT

*THE PRODUCT IS EPA TSCA TITLE VI CERTIFIED. PRODUCTION COMLIANT WITH PHASE 2 EMISSION STANDARDS OF THE CALIFORNIA AIR RESOURCES BOARD, 17 CCR 93120.2(A) *

REMARKS: 1 QUALITY, WEIGHT, PACKING AS SHIPPER.
2. QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

SAY TOTAL ONE HUNDRED AND EIGHTY CRATES ONLY.
(of which            on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER PARTY dated ........................<br><br>FREIGHT ADVANCE.<br>Received on account of freight: | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading          days          hours. | |
| | Freight payable at<br>QINGDAO | Place and date of issue<br>QINGDAO 2021-11-23 |
| Printed and sold by<br>Fr.G.Knudtzons Bogtrykkeri A/S, 55 Toldbodgade, DK-1253 Copenhagen K,<br>Telefax +45 33 93 11 84<br>By authority of The Baltic and International Maritime Council (BIMCO), Copenhagen. | Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER LI SONG OF M/V TAC IMOLA<br>AS AGENT FOR THE CARRIER OF B/L TITLE |

振华国际船务代理（青岛）有限公司
ZHENHUA INTERNATIONAL SHIPPING AGENCY
(1)

**BILL OF LADING**  Page 1
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
   (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
   (b) Trades where *Hague-Visby Rules* apply.
      In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
   (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnity the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight, destination, etc., see overleaf.

CODE NAME: "CONGENBILL" EDITION 1994

**Shipper**
JIANGSU HIGH HOPE ARSER CO LTD
7F,HIGH HOPE MANSION,NO.91 BAIXIA
RD,NANJING,CHINA

**BILL OF LADING**
No.HSLM01QINBAL013
BL

TO BE USED WITH CHARTER-PARTIES
Reference No. HWS20211025JA...H DATED 27TH OCT 2021 & HWS20211025JK...L DATED 25TH OCT 2021

**Consignee**
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH
MANDEVILLE, LA 70471
PHONE: (985)327-6441

**Notify address**
EXPEDITORS NEW ORLEANS
201 ST. CHARLES AVE SUITE 4210
NEW ORLEANS, LA 70170
PHONE: (504)700-6350
E-MAIL: ARGO@EXPEDITORS.COM*

ORIGINAL

**Vessel**
TAC IMOLA H2201

**Port of loading**
QINGDAO,CHINA

**Port of discharge**
BALTIMORE

**Shipper's description of goods**

ARGO FINE IMPORTS
PO# 15627ARBA
BALTIMORE,MD
C-TPAT# 17810543

55CRATES

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS,LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE,LA
70471
PHONE:(504)828-0943
FAX:(504)828-0946
EMAIL:ARGO@ARGOFINEIMPORTS.COM

REMARKS:1 QUALITY,WEIGHT,PACKING AS SHIPPER.
2.QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

**Gross weight** 92831 KGS
**Measurement** 165.77 M3

SAY TOTAL FIFTY FIVE CRATES ONLY.
(of which            on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per CHARTER PARTY dated** ............
**FREIGHT ADVANCE.**
**Received on account of freight:**

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Time used for loading**  days  hours.

**Freight payable at**

**Place and date of issue**
QINGDAO 2021-11-01
振华国际船务代理（青岛）有限公司
ZHENHUA INTERNATIONAL SHIPPING AGENCY
(QINGDAO) CO., LTD.
(1)

**Number of original Bs/L**
THREE (3)

**Signature**
AS AGENT FOR AND ON BEHALF OF
THE MASTER:LI SONG OF M/V TAC IMOLA
AS AGENT FOR THE CARRIER OF B/L TITLE

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253
Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council
(BIMCO),Copenhagen.

**BILL OF LADING**                                                  Page 1
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
    (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
    (b) Trades where *Hague-Visby Rules* apply.
    In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
    (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

                                                                                                                     For particulars of cargo, freight,
                                                                                                                     destination, etc., see overleaf.

CODE NAME: "CONGENBILL" EDITION 1994

Page 2

| Shipper | BILL OF LADING |
|---|---|
| JIANGSU HIGH HOPE ARSER CO LTD<br>7F,HIGH HOPE MANSION,NO.91 BAIXIA RD,NANJING,CHINA | No.HSLM01QINBAL012<br><br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211025JA...H DATED 27TH OCT 2021 & HWS20211025JK...L DATED 25TH OCT 2021 |

Consignee
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH
MANDEVILLE, LA 70471
PHONE: (985)327-6441

**ORIGINAL**

Notify address
EXPEDITORS NEW ORLEANS
201 ST. CHARLES AVE SUITE 4210
NEW ORLEANS, LA 70170
PHONE: (504)700-6350
E-MAIL: ARGO@EXPEDITORS.COM*

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO,CHINA |

Port of discharge
BALTIMORE

Shipper's description of goods

ARGO FINE IMPORTS
PO# 15626ARBA
BALTIMORE,MD
C-TPAT# 17810543

110CRATES

Gross weight: 167984 KGS
Measurement: 294.71 M3

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS,LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE,LA 70471
PHONE:(504)828-0943
FAX:(504)828-0946
EMAIL:ARGO@ARGOFINEIMPORTS.COM

REMARKS:1 QUALITY,WEIGHT,PACKING AS SHIPPER.
2.QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

SAY TOTAL ONE HUNDRED AND TEN CRATES ONLY.

(of which          on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated .................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading          days          hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at
QINGDAO

Place and date of issue
QINGDAO 2021.11.21
ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.

Number of original Bs/L
THREE (3)

Signature
AS AGENT FOR AND ON BEHALF OF THE MASTER:LI SONG OF M/V TAC IMOLA
AS AGENT FOR THE CARRIER OF B/L TITLE

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen.

**BILL OF LADING**                                                                                     Page 1

TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
   (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
   (b) Trades where *Hague-Visby Rules* apply.
       In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
   (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnity the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

                                                                            For particulars of cargo, freight,
                                                                            destination, etc., see overleaf.

CODE NAME: "CONGENBILL" EDITION 1994

**Shipper**
JIANGSU HIGH HOPE ARSER CO LTD
7F,HIGH HOPE MANSION,NO.91 BAIXIA RD,NANJING,CHINA

**BILL OF LADING**
No.HSLM01QINBAL011    BL

TO BE USED WITH CHARTER-PARTIES
Reference No. HWS20211025JA...H DATED 27TH OCT 2021&HWS20211025JK...L DATED 25TH OCT 2021

**Consignee**
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH
MANDEVILLE, LA 70471
PHONE: (985)327-6441

**ORIGINAL**

**Notify address**
EXPEDITORS NEW ORLEANS
201 ST. CHARLES AVE SUITE 4210
NEW ORLEANS, LA 70170
PHONE: (504)700-6350
E-MAIL: ARGO@EXPEDITORS.COM*

**Vessel**: TAC IMOLA H2201
**Port of loading**: QINGDAO,CHINA
**Port of discharge**: BALTIMORE

**Shipper's description of goods**

ARGO FINE IMPORTS
PO# 15625ARBA
BALTIMORE,MD
C-TPAT# 17810543

55CRATES

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS,LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE,LA 70471
PHONE:(504)828-0943
FAX:(504)828-0946
EMAIL:ARGO@ARGOFINEIMPORTS.COM

REMARKS:1 QUALITY,WEIGHT,PACKING  AS SHIPPER.
2.QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

**Gross weight**: 92831 KGS
**Measurement**: 165.77 M3

SAY TOTAL FIFTY FIVE CRATES ONLY.
(of which          on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per CHARTER PARTY dated** ..................................................
**FREIGHT ADVANCE.**
**Received on account of freight:**

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Time used for loading**        days        hours.

**Freight payable at**

**Place and date of issue**
QINGDAO 2021-11-22
中国国际船务（青岛）有限公司
SINOHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.
(1)

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen.

**Number of original Bs/L**
THREE (3)

**Signature**
AS AGENT FOR AND ON BEHALF OF THE MASTER LI SONG OF M/V TAC IMOLA

AS AGENT FOR THE CARRIER OF B/L TITLE

**BILL OF LADING** Page 1
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGEN BILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Contract, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) **General Paramount Clause.**
  (a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.
  (b) Trades where *Hague-Visby Rules* apply.
      In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the HagueVisby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.
  (c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) **General Average.**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part 11, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight,
destination, etc., see overleaf.

| | |
|---|---|
| Shipper<br>JIANGSU HIGH HOPE ARSER CO LTD<br>7F, HIGH HOPE MANSION, NO.91 BAIXIA RD, NANJING, CHINA | BILL OF LADING  BL<br>No. HSLM01QINBAL010<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No.<br>HWS20211025JA...H DATED 27TH OCT 2021<br>HWS20211025JK...L DATED 25TH OCT 2021 |
| Consignee<br>ARGO FINE IMPORTS, LLC<br>68388 COMMERCIAL WAY NORTH<br>MANDEVILLE, LA 70471<br>PHONE: (985)327-6441 | ORIGINAL |
| Notify address<br>EXPEDITORS NEW ORLEANS<br>201 ST. CHARLES AVE SUITE 4210<br>NEW ORLEANS, LA 70170<br>PHONE: (504)700-6350<br>E-MAIL: ARGO@EXPEDITORS.COM* | |
| Vessel<br>TAC IMOLA H2201 | Port of loading<br>QINGDAO, CHINA |
| Port of discharge<br>BALTIMORE | |

Shipper's description of goods

ARGO FINE IMPORTS
PO# 15497ARBA
BALTIMORE, MD
C-TPAT# 17810543

50 CRATES

SPF LUMBER CORE

*ALSO NOTIFY:
ARGO FINE IMPORTS, LLC
68388 COMMERCIAL WAY NORTH MANDEVILLE, LA
70471
PHONE: (504)828-0943
FAX: (504)828-0946
EMAIL: ARGO@ARGOFINEIMPORTS.COM

REMARKS: 1 QUALITY, WEIGHT, PACKING AS SHIPPER.
2. QUANTITY STOWAGE POSITION AS PER QINGDAO TALLY.
3 CONDITIONS UNKNOWN.

Gross weight: 84392 KGS
Measurement: 150.7 M3

SAY TOTAL FIFTY CRATES ONLY.
(of which               on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated ...........................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading           days           hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at

Place and date of issue
QINGDAO 2021-11-21
ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO., LTD.
(1)

Number of original Bs/L
THREE (3)

Signature
AS AGENT FOR AND ON BEHALF OF
THE MASTER LISONG OF M/V TAC IMOLA
AS AGENT FOR THE CARRIER OF B/L TITLE

Printed and sold by
Fr. G. Knudtzons Bogtrykkeri A/S, 55 Toldbodgade, DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO), Copenhagen.